```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEB & LOEB LLP,

                         Petitioner,

-against-

HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD and UNICORN GLOBAL, INC.,

                         Respondents.

23 Civ. 8993 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 12, 2023, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **November 16, 2023**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the complaint, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **December 7, 2023**, Respondents shall file their opposition papers; and

3. By **December 21, 2023**, Petitioner shall file its reply, if any.

    By **November 2, 2023**, Petitioner shall serve a copy of the complaint and this order upon Defendants by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311. By **November 9, 2023**, Petitioner shall file an affidavit of such service.

    SO ORDERED.

Dated: October 13, 2023
         New York, New York

                                                            ANALISA TORRES
                                                   United States District Judge