**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LOEB & LOEB LLP,

                    Petitioner,                    23 **CIVIL** 8993 (AT)

     -against-                       **JUDGMENT**

HANGZHOU CHIC INTELLIGENT
TECHNOLOGY CO., LTD and UNICORN
GLOBAL, INC.,

                    Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 19, 2024, the petition to confirm the Award is GRANTED. Judgment is entered in favor of Loeb, and jointly and severally against Respondents, for $3,057,294.79 in damages, $330,941.77 in pre-judgment interest, $44,298.97 in arbitral expenses, and $846.38 in post-judgment interest per day until the judgment is fully satisfied; accordingly, the case is closed.

**Dated**: New York, New York
         April 19, 2024

                                               **RUBY J. KRAJICK**
                                               **Clerk of Court**

                 **BY:**               *K. Mango*

                                               **Deputy Clerk**